IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO. 1:12-CV-00456-PB

DEBI LANGLAIS,
    Plaintiff

vs.

PALISADES COLLECTION, LLC d/b/a
ASTA FUNDING and DOES 1-10,
inclusive,
    Defendants

## ORDER GRANTING MOTION FOR LEAVE TO TAKE DISCOVERY BY ISSUING SUBPOENA

Upon the Motion of Defendant Palisades Collection, LLC for Leave to Take Discovery, it is hereby:

ORDERED that Defendant may serve immediate discovery on Comcast Cable Communications, LLC ("Comcast") to obtain telephone call records by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure (in the form attached hereto), such subpoena requesting the production of records showing the date, time and duration of all incoming and outgoing calls made to or received from the number 603-671-8004 from November 29, 2011 through November 29, 2012, provided, however, that said discovery shall be conditioned on: (a) Comcast having seven (7) calendar days after service of the subpoena to notify the relevant subscriber that this information is sought by Defendant; (b) each such subscriber having twenty one (21) calendar days from the date of such Comcast notice to file any papers contesting the subpoena; and (c) payment to Comcast by Defendant Palisades of all

1

reasonable costs of compiling and forwarding the requested information. Comcast may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service.

IT IS FURTHER ORDERED THAT any information disclosed to the Defendant in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Defendant solely for the purpose of protecting Defendant's rights under the FDCPA claims enumerated in the Complaint.

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551.

/s/ Landya B. McCafferty
The Honorable
United States District Judge

Dated: April 16, 2013

cc: Counsel of Record